Kian Mottahedeh (SBN 247375)
John D. Sarai (SBN 259125)
**SM LAW GROUP, APC**
16130 Ventura Blvd., Suite 660
Encino, CA 91436
Tel: (818) 855-5950
Fax: (818) 855-5952
kian@smlawca.com
john@smlawca.com

Attorneys for Plaintiff,
  WILLIAM WILBURN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WILLIAM WILBURN, | Case No. 2:17-cv-00954-RSWL-KS |
| Plaintiff, | Honorable Ronald S. Lew |
| vs. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE** |
| JPMORGAN CHASE BANK, N.A.; and DOES 1 through 10, inclusive, | |
| Defendants. | Action Filed: February 6, 2017 |

**TO THE COURT, CLERK OF COURT AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff William Wilburn and defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, N.A., that, pursuant to Federal Rule of Civil Procedure, section 41(a)(1)(ii), this action be dismissed in its entirety with prejudice, and each party shall bear its or his own attorneys' fees and costs.

Dated: May __31__, 2017

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
ARJUN P. RAO
BRYAN J. WEINTROP

By: _*/s/ Arjun Rao*_
Arjun P. Rao

Attorneys for Defendant
CHASE BANK USA, N.A.
erroneously sued as JPMORGAN
CHASE BANK, N.A.

Dated: May __31__ 2017

**SM LAW GROUP, APC**

By: _*/s/ Kian Mottahedeh*_
Kian Mottahedeh

Attorneys for Plaintiff
WILLIAM WILBURN

- 1 -
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE
CASE NO. 2:17-CV-00954-RSWL-KS

LA 52086040