JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM WILBURN, | Case No. 2:17-cv-00954-RSWL-KS |
| Plaintiff, | Honorable Ronald S. Lew |
| vs. | **ORDER OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE** |
| JPMORGAN CHASE BANK, N.A.; and DOES 1 through 10, inclusive, | |
| Defendants. | Action Filed: February 6, 2017 |

Pursuant to the stipulation of dismissal filed by the parties, this action is hereby dismissed in its entirety with prejudice, with the parties to bear their own attorneys' fees and costs. IT IS SO ORDERED.

Date: 6/2/2017    By: s/ RONALD S.W. LEW
Hon. Ronald S. Lew
Judge of the United States District Court
Central District of California